```
Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Steven A. Haskins, State Bar. No. 238865
sah@mccunewright.com
Mark I. Richards, State Bar No. 321252
mir@mccunewright.com
MCCUNE LAW GROUP,
MCCUNE WRIGHT ARÉVALO VERCOSKI
KUSEL WECK BRANDT, APC
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile:  (909) 557-1275
```

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIEN FRICHE on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR CO.; HYUNDAI MOTOR AMERICA; and Does 1 through 5, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-1324 CJC (ADSx)<br><br>Hon. Cormac J. Carney<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION** |

**TO THE HONORABLE COURT:**

  Plaintiff Sebastian Friche ("Plaintiff"), and Defendant Hyundai Motor America ("HMA") (collectively, "Parties") by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until HMA can fully perform its duties as required under the settlement agreement. It is estimated that HMA will fully perform its duties on or around

---

July 27, 2023. Upon HMA's completion of its duties (as mandated under the settlement agreement) and within 7 business days after said completion, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for the Parties.

Respectfully submitted,

Dated: July 7, 2023     By: */s/ Mark I. Richards*
Mark I. Richards
McCUNE LAW GROUP. McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC
3281 E. Guasti, Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Email: mir@mccunewright.com

*Attorneys for Plaintiff Sebastien Friche*

Dated July 7, 2023     By: */s/ Eric Y. Kizirian (with consent)*
Eric Y. Kizirian
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Email: eric.kizirian@lewisbrisbois.com

*Attorneys for Defendant Hyundai Motor America*

# [PROPOSED] ORDER

The Court has received and reviewed the Parties' Joint Notice of Settlement and Request to Retain Jurisdiction. Based on the Stipulation and the Request, and good cause appearing, all case related dates and hearings are hereby vacated, and the Court will retain jurisdiction over this matter for _____ days time to allow for HMA to fulfill its duties under the settlement agreement. **IT IS SO ORDERED.**

Dated: _____                    _____
                                        CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE

## **ATTESTATION**

I hereby certify pursuant to C.D. Cal. L.R. 5-4.3.4, that that the content of this filing is acceptable to counsel for counsel for Hyundai Motor America and that I have obtained said counsel's authorization to affix their electronic signature to this document. I certify under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

        McCUNE LAW GROUP. McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC

Dated: July 7, 2023        */s/* Mark I. Richards
        Mark I. Richards

*Counsel for Plaintiff*

---

Joint Notice of Settlement and Request to Retain Jurisdiction
Case No. 8:21-cv-1324 CJC (ADSx)