**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIEN FRICHE on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYUNDAI MOTOR CO.; HYUNDAI MOTOR AMERICA; and Does 1 through 5, inclusive,<br><br>　　　　Defendants. | Case No.: 8:21-cv-1324 CJC (ADSx)<br><br>Hon. Cormac J. Carney<br><br>**ORDER VACATING ALL CASE RELATED DATES AND HEARINGS AND GRANTING REQUEST TO RETAIN JURISDICTION** |

　　The Court has received and reviewed the Parties' Joint Notice of Settlement and Request to Retain Jurisdiction. Based on the Stipulation and the Request, and good cause appearing, all case related dates and hearings are hereby vacated, and the Court will retain jurisdiction over this matter for  30  days to allow for HMA to fulfill its duties under the settlement agreement. **IT IS SO ORDERED.**

Dated: July 10, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE