Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Steven A. Haskins, State Bar No. 238865
sah@mccunewright.com
Mark I. Richards, State Bar No. 321252
mir@mccunewright.com
McCUNE LAW GROUP,
McCUNE WRIGHT AREVALO VERCOSKI
KUSEL WECK BRANDT, APC
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIEN FRICHE on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR CO.; HYUNDAI MOTOR AMERICA; and Does 1 through 5, inclusive,<br><br>Defendants. | Case No: 8:21-cv-1324 CJC (ADSx)<br><br>Judge:  Hon. Corman J. Carney<br><br>**STIPULATION OF DISMISSAL OF ACTION, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)** |

**TO THE HONORABLE COURT:**

The parties to this action, Plaintiff Sebastien Friche and Defendant Hyundai Motor America ("Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in consideration of a negotiated settlement executed by them and Joint Notice of Settlement filed with the Court on July 7, 2023 (Dkt. 33), hereby stipulate as follows:

1) as to the individual claims and causes of action of Plaintiff Sebastien Friche, Dismissal *With Prejudice* of the entire action;

-1-

    2)    as to the class claims and causes of action, Dismissal *Without Prejudice* of the entire action; and

    3)    nothing in this Stipulation is intended to alter the terms of the Parties' settlement and release agreement.

IT IS SO STIPULATED.

Dated:                              Respectfully submitted,

By:  */s/ Mark I. Richards*
     Mark I. Richards
     McCUNE LAW GROUP, APC
     3281 E. Guasti, Road, Suite 100
     Ontario, California 91761
     Telephone: (909) 557-1250

Dated:                              Respectfully submitted,

By:*/s/ Eric Y. Kizarian (with consent)*[1]
     Eric Y. Kizirian
     LEWIS BRISBOIS BISGAARD
     & SMITH LLP
     633 W. 5th Street, Suite 4000
     Los Angeles, CA 90071
     Telephone: (213) 250-1800
     Email: eric.kizirian@lewisbrisbois.com

     *Attorneys for Defendant Hyundai Motor America*

---

[1] ECF Attestation: I, Mark I. Richardst, am the ECF User whose ID and password are being used to file this document**.** In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from Eric Y. Kizarian, counsel for Defendants, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including for Defendant.

                                        */s/Mark I. Richards*
                                        Mark I. Richards